# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

JOSEPH PLATT THRASH, )
)
    Petitioner, )
)
v. )     Case No. CIV-26-583-D
)
STATE OF OKLAHOMA, *et al.*, )
)
    Respondents. )

## ORDER

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Chris M. Stephens on April 13, 2026. [Doc. No. 9]. Magistrate Judge Stephens recommends the denial of Petitioner's application for leave to proceed *in forma pauperis* (IFP) because Petitioner has sufficient funds to pay the $5.00 filing fee for his Petition. *Id.* Within the time period for a written objection, Petitioner paid the required $5.00 fee. [Doc. No. 11]. Accordingly, the Court finds that Petitioner's application to proceed IFP [Doc. No. 8] is moot.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 9] is **ADOPTED**, and Petitioner's application to proceed IFP [Doc. No. 8] is **DENIED**.

**IT IS FURTHER ORDERED** that the matter is re-referred to Magistrate Judge Stephens for further proceedings consistent with the initial case referral.

**IT IS SO ORDERED** this 8th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE